| Attorney or Party without Attorney:<br>CONCHITA E. LOZANO-BATISTA (SBN 227227)<br>WEINBERG ROGER & ROSENFELD<br>1375 55th STREET<br>EMERYVILLE, CA 94608<br>Telephone No: (510) 337-1001<br><br>Attorney For: Plaintiff | Ref. No. or File No.:<br>152368 | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA |
|---|

Plaintiff: THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; et al.
Defendant: ARENA CLEANERS USA INC., a California Corporation

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>4:21-cv-07686-DMR |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the See Attached List of All Documents Served; .

3. a. Party served:    ARENA CLEANERS USA INC., a California Corporation
   b. Person served:   Maria L. Garcia, Owner/Operator , authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:   3900 PELANDALE AVENUE SUITE 420-400, MODESTO, CA 95356

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Oct 07 2021 (2) at: 05:25 PM

6. **Person Who Served Papers:**
   a. Richard Berberian, Stanislaus 07-005 ()
   b. FIRST LEGAL
      200 WEBSTER STREET, SUITE 201
      OAKLAND, CA 94607
   c. (415) 626-3111

   d. The Fee for Service was:  $172.00

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

10/08/2021
(Date)

(Signature)



PROOF OF SERVICE

6201295
(7841319)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
CASE NO.: 4:21-cv-07686-DMR
THE BOARD OF TRUSTEES V. ARENA CLEANERS USA
CONTROL NO.

## ATTACHMENT A

- SUMMONS IN A CIVIL ACTION
- CIVIL CASE COVER SHEET
- COMPLAINT
- ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
- ADR CERTIFICATION BY PARTIES AND COUNSEL
- STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
- REQUEST FOR ADR PHONE CONFERENCE
- NOTICE RE TELEPHONIC APPEARANCE PROCEDURES FOR MAGISTRATE JUDGE DONNA M. RYU
- NOTICE OF SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER (REV. 4/4/19)
- STANDING ORDER FOR MAGISTRATE JUDGE DONNA M. RYU
- STANDING ORDER FOR ALL JUDGES, CONTENTS OF JOINT CASE MANAGEMENT STATEMENT
- NOTICE OF ELECTRONIC FILING OF DOCUMENT NO. 3