UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, IN THEIR CAPACITIES AS TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NOTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARENA CLEANERS USA INC.,<br><br>Defendant. | Case No. 21-cv-07686-JST<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING DEFAULT JUDGMENT**<br><br>Re: ECF No. 28 |

The Court has reviewed Magistrate Judge Donna M. Ryu's report and recommendation, ECF No. 28, to grant Plaintiffs' motion for default judgment, ECF No. 17. Plaintiffs served Defendant with the report and recommendation on June 14, 2022. ECF Nos. 30. The 14-day period for objections has elapsed, and no objections have been filed. *See* Fed. R. Civ. P. 72(b)(2).

The Court finds the report to be correct, well-reasoned, and thorough, and adopts it in every respect. Default judgment against Defendant is granted.

Defendant shall submit to an audit of its financial records for the period of May 2019 to the present. The Court retains jurisdiction over the parties to enforce the injunction and to entertain a motion for further damages, should the audit disclose that Defendant owes sums for unpaid contributions. Plaintiffs are also awarded $7,948.15 in attorney's fees and costs.

\ \ \

\ \ \

\ \ \

\ \ \

1  The Clerk shall enter judgment and close the file.

2  **IT IS SO ORDERED.**

3  Dated: August 4, 2022



JON S. TIGAR
United States District Judge