UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, IN THEIR CAPACITIES AS TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NOTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARENA CLEANERS USA INC.,<br><br>Defendant. | Case No. 21-cv-07686-JST<br><br>**CLERK'S JUDGEMENT**<br><br>Re: Dkt. No. 33 |

Pursuant to the Order Adopting Report and Recommendation and Granting Default Judgment signed August 4, 2022, judgment is hereby entered.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 4, 2022

Mark B. Busby
Clerk, United States District Court

Mark B. Busby
By: _____
Mauriona Lee, Deputy Clerk to the
Honorable JON S. TIGAR