KRISTINA L. HILLMAN, Bar No. 208599
CRAIG SCHECHTER, Bar No. 308968
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  courtnotices@unioncounsel.net
         khillman@unioncounsel.net
         cschechter@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br>Plaintiffs, <br><br>v. <br><br>ARENA CLEANERS USA INC., a California Corporation, <br><br>Defendant. | No. 4:21-cv-07686-DMR <br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

1

NOTICE OF SUBSTITUTION OF COUNSEL
Case No. 4:21-cv-07686-DMR

TO:    THE CLERK OF THE COURT AND DEFENDANT AND ITS COUNSEL OF
RECORD:

PLEASE TAKE NOTICE that pursuant to U.S. District Court, Northern District of

California, Local Rule 5-1(c)(2)(C) attorney Kristina M. Zinnen has ceased to be involved in this

case and hereby withdraws as attorney of record on behalf of Plaintiffs THE BOARD OF

TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE

TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY

TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR

NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST

FUND FOR NORTHERN CALIFORNIA ("Plaintiffs").  Kristina M. Zinnen should be removed

from the docket of this case.

Craig L. Schechter of Weinberg Roger & Rosenfeld will remain as attorney of record for

Plaintiffs.

Additionally, Kristina L. Hillman should be added as attorney of record for Plaintiffs.  Ms.

Hillman's contact information is as follows:

> WEINBERG, ROGER & ROSENFELD
> A Professional Corporation
> 1375 55th Street
> Emeryville, California 94608
> Telephone  (510) 337-1001
> Fax  (510) 337-1023
> E-Mail:    courtnotices@unioncounsel.net
> khillman@unioncounsel.net

Dated:  August 11, 2022                    WEINBERG, ROGER & ROSENFELD
                                           A Professional Corporation


                                            /s/ KRISTINA L. HILLMAN
                                  By:         KRISTINA L. HILLMAN
                                              CRAIG L. SCHECHTER
                                              Attorneys for Plaintiffs

152368\1291503

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

2

NOTICE OF SUBSTITUTION OF COUNSEL
Case No. 4:21-cv-07686-DMR

## PROOF OF SERVICE

I am a citizen of the United States and resident of the State of California. I am employed in the County of Alameda, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years and not a party to the within action.

On August 11, 2022, I served the following documents in the manner described below:

### NOTICE OF SUBSTITUTION OF COUNSEL

X    (BY U.S. MAIL)  I am personally and readily familiar with the business practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at Emeryville, California.

On the following part(ies) in this action:

ROGER BAILEY, as Agent for Service for      ROGER BAILEY, as Agent for Service for
ARENA CLEANERS USA INC.                     ARENA CLEANERS USA INC.
3900 Palendale Street, Suite 420 - 400      444 W. Granger Avenue
Modesto, CA 95356                           Modesto, CA 95350

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 11, 2022, at Emeryville, California.

_____
Rhonda Fortier-Bourne

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

PROOF OF SERVICE
Case No. 4:21-cv-07686-DMR