UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, IN THEIR CAPACITIES AS TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NOTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARENA CLEANERS USA INC.,<br><br>Defendant. | Case No. 21-cv-07686-JST<br><br>**ORDER GRANTING MOTION FOR SANCTIONS**<br><br>Re: ECF No. 45 |

Before the Court is Plaintiffs' motion for sanctions. ECF No. 45. On April 18, 2023, this Court found Defendant to be in civil contempt for failure to comply with its prior order granting default judgment. ECF No. 43 at 2-3.

The Court's April 18 order granted Defendant 21 days from the date of service to begin complying with the order granting default judgment and ordered that, if Defendant failed to begin complying within 21 days, Defendant would be subject to a fine of $200 per day as a sanction for its civil contempt. *Id.* at 3.

Plaintiffs served the April 18 order on Defendant by mail on April 18. ECF No. 44. Pursuant to the Court's April 18 order, Defendant was obligated to begin complying with the order granting default judgment by May 9. As of June 7, Defendant has not begun complying with the order granting default judgment.

/ / /

/ / /

/ / /

Accordingly, for the reasons set forth in the Court's April 18 order, the Court hereby imposes sanctions on Defendant in the form of a fine of $200.00 per day, effective May 10, 2023, continuing until such time as the contempt is purged.

The case management conference scheduled for July 11, 2023 is vacated.

**IT IS SO ORDERED.**

Dated:  July 10, 2023



JON S. TIGAR
United States District Judge

2